# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ERIC TREMAINE WILLIAMS, #46589**                                          **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO.  3:07-cv-424-HTW-LRA**

**MARK SHEPPARD, et al.**                                                     **DEFENDANTS**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

SO ORDERED this the 2nd day of March, 2008.

                                                             s/ HENRY T. WINGATE
                                                             CHIEF UNITED STATES DISTRICT JUDGE